# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 28, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131652

_____

IN RE LAURA ANN TACK, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
             Petitioner-Appellee,

v                                               SC: 131652
                                                COA: 267852
                                                Oakland CC
                                                Family Division: 05-708384-NA

JUNE KOTEL,
             Respondent-Appellant,

and

THOMAS KOTEL,
             Respondent.

_____/

        On order of the Court, the application for leave to appeal the June 22, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2006                                    _____

s0725                                                        Clerk